IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:11-CV-142-BO

| | |
|---|---|
| LINDA SCATURRO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Acting Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | ORDER GRANTING ATTORNEY <br> FEES UNDER THE EQUAL <br> ACCESS TO JUSTICE ACT |

Upon stipulation and agreement of the parties, it is ORDERED that the Defendant pay to Plaintiff the sum of $8,000 in attorney's fees and $350.00 in costs in full satisfaction of any claim for fees, costs, and other expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Kathleen Shannon Glancy, P.A., and mailed to her office at 114 South Front Street, Wilmington, North Carolina 28401, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this 16 day of April, 2013.

TERRENCE W. BOYLE
United States District Judge