| | |
|---|---|
| LINDA SCATURRO,<br>        Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>        Defendant. | )<br>)<br>)<br>)   **JUDGMENT**<br>)<br>)   No. 7:11-CV-142-BO<br>)<br>)<br>)<br>)<br>) |

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Defendant pay to Plaintiff the sum of $8,000 in attorney's fees and $350.00 in costs in full satisfaction of any claim for fees, costs, and other expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on April 17, 2013, and Copies To:**

Kathleen S. Glancy (via CM/ECF Notice of Electronic Filing)
Michael A. Haar (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE<br>April 17, 2013 | JULIE A. RICHARDS, CLERK<br>/s/ Susan K. Edwards<br>(By) Susan K. Edwards, Deputy Clerk |